

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/19/2023 09:35 AM

COURTROOM   9A

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-03799-RCT | 13 | 09/18/2022 |

**Chapter 13**

**DEBTOR:**   Archie NiBlack

**DEBTOR ATTY:**   Roberto DeLeon

**TRUSTEE:**   Kelly Remick

**HEARING:**

FIRST Con't Confirmation Hearing
    Amended Plan (Doc 18)
    Objection to Plan by U S Bank Nat'l
    Assoc (Doc 13)
    Unfavorable Recommendation and
    Obj to Plan by Trustee (Doc 26)
    Note: Prior Hearing(s): 11/16/22

**APPEARANCES::** Lydia Gazda: Trustee Atty; Toni Townsend: U.S. Bank, NA

**RULING:** FIRST Con't Confirmation Hearing -   SECOND CON'T 6/7/23 @ 9:40 AM (AOCNFNG)   Amended Plan (Doc 18)   Objection to Plan by U S Bank Nat'l
Assoc (Doc 13)   Unfavorable Recommendation and Obj to Plan by Trustee (Doc 26)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.